IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579,<br><br>　　　　Petitioners,<br>v.<br><br>EDWARD AND CINDY MOREA<br><br>　　　　Claimants and Third-Party Plaintiffs,<br>v.<br><br>ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS,<br><br>　　　　Third-Party Defendants. | CASE NO.  3:21-cv-0059 |

**NOTICE OF STIPULATED-TO PROTECTIVE ORDER REGARDING
CONFIDENTIALITY FOR COURT ENDORSEMENT**

Third-Party Defendant, FOUNTAINE-PAJOT, SA (hereinafter, "Fountaine Pajot") submits this Notice of Stipulated-to Protective Order regarding Confidentiality for this Court's endorsement. A copy of the Stipulated-to Protective Order Regarding Confidentiality ("Protective Order") is attached hereto as Exhibit A.

Fountaine Pajot seeks endorsement of the Protective Order in order to protect from public disclosure certain commercially sensitive, proprietary, and other trade secret information and materials. All parties have agreed to the terms and conditions of the Protective Order and to be subject to the rights and obligations therein.

279640331v.1

For these reasons, Fountain Pajot puts this Court on notice and respectfully requests that this Court endorse and enter the Protective Order.

    Respectfully Submitted,

By: */s/ Adam N. Marinelli*_____
Adam N. Marinelli, Esq.
V.I. Bar No. 1294
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile
amarinelli@vilaw.com

*/s/ Justin J. Shireman*_____
Justin J. Shireman, *pro hac vice*
justin.shireman@wilsonelser.com
Wilson Elser Moskowitz
Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
T: (617) 422-5307
F: (617) 423-6917

*Attorneys for FOUNTAINE PAJOT, SA*

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that a true and exact copy of the foregoing was served on this 30th day of January 2023 through Notice of Electronic Filing ("NEF") for the following parties and counsel:

Tabak, Mellusi, & Shisha LLP
Jacob Shisha, Esq.
Ralph. J. Mellusi, Esq.
29 Broadway
New York, NY 10006
(212) 962-1590 Telephone
(212) 385-0920 Facsimile

K. Glenda Cameron, Esq.
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-3444 Telephone

Andrew C. Simpson, Esq.
Andrew C. Simpson, PC
2191 Church St., Ste. 5
Christiansted, VI  00820

C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LC  70118

Law Office of Duensing & Casner
Matthew J. Duensing, Esq.
Joseph D. Sauerwein, Esq.
Robin P. Seila, Esq.
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone

Rubin, Fiorella, Friedman, & Mercante
James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381

                                            By:   /s/ *Justin J. Shireman*
                                                     Justin J. Shireman, *pro hac vice*

279640331v.1