IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| In re the Complaint and Petition of Costar Sailing, LLC, as owner, and J&J Yacht Services, LLC, as owner pro hac vice/operator, of the S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579<br><br>***<br><br>Edward Morea and Cindy Morea,<br><br>*Claimants and Third-Party Plaintiffs*<br><br>v.<br><br>Atlantic Cruising Yachts, LLC, Fountaine Pajot, SA, and Constantine Bakas,<br><br>*Third-Party Defendants* | 3:21-cv-00059-RAM-RM<br><br>Jury Trial Demanded |

## THIRD-PARTY DEFENDANT CONSTANTINE BAKAS'S
## NOTICE OF SERVICE OF DISCOVERY AND DISCOVERY RESPONSES

Third-party defendant Constantine Bakas hereby gives notice that he has, through counsel, served on all counsel of record via email the following:

1. On January 3, 2023, *Third-Party Defendant Constantine Bakas's Responses to Claimants' Requests for Production*;

2. On January 3, 2023, *Third-Party Defendant Constantine Bakas's Responses to Claimants' Interrogatories*;

3. On January 3, 2023, *Third-Party Defendant Constantine Bakas's First Set of Written Discovery to Third-Party Plaintiff Edward Morea*; and

4. On February 16, 2023, *Notice of Production by Third-Party Defendant Constantine Bakas*.

Respectfully submitted,

_____
C. Jacob Gower, Esq. (R2103)
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
jacob@gowerlegal.com

**Attorney to Third-Party Defendant Constantine Bakas**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of February, 2023, I caused a copy of the foregoing to be served on all counsel of record via email.

_____
C. Jacob Gower, Esq.