## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br>Third-Party Plaintiffs Demand Trial by Jury |
| EDWARD AND CINDY MOREA | |
| Claimants and Third-Party Plaintiffs | |
| -against- | |
| ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS | |
| Third-Party Defendants | |

### NOTICE OF SERVICE THE MOREA CLAIMANTS' RESPONSE TO THIRD-PARTY DEFENDANT CONSTANTINE BAKAS' DISCOVERY

**COME NOW, Claimants/Third-Party Plaintiffs, Edward and Cindy Morea,** by and through undersigned counsel, and provide "Notice of Service" on February 15, 2023, of the Morea Claimants' Response to Third Party Defendant Constantine Bakas Discovery Requests served on January 3, 2023, pursuant to Fed. R. Civ. P. 33 & 34.

                                    RESPECTFULLY SUBMITTED
                                    Tabak Mellusi & Shisha LLP

**DATED: November 17, 2022**             BY: ___/s/ Jacob Shisha_____
*Admitted Pro Hac Vice*:                      **Jacob Shisha, Esq**.
                                                    Ralph J. Mellusi, Esq.
                                                    **Tabak Mellusi & Shisha LLP**
                                                    29 Broadway

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 2

                                                                  New York, NY 10006
                                                                  Tel (212) 962-1590
                                                                  Fax (212) 385-0920
                                                                  **Email: Jshisha@sealawyers.com**
                                                                  **Email: rjmellusi@sealawyers.com**

                                        **LAW OFFICES OF K.G. CAMERON**
                                        **Of Counsel Attorney for Claimants**

**DATED: February 16, 2023**                BY:   */s/ K. Glenda Cameron*
                                                       K. Glenda Cameron, Esq.
                                                           VI Bar No. 683
                                                           Physical: No. 29 A King Cross Street
                                                           **Mailing: 2157 King Cross Street, No. 1**
                                                           Christiansted, St. Croix
                                                           U.S. Virgin Islands 00820
                                                           Telephone: (340) 773-3444
                                                           Email: kglenda@cameronlawvi.com

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.                                      Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820

**Ravinder S. Nagi, Esq.**
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile rnagi@vilaw.com
*Attorneys for Third-Party Defendant Fountaine Pajot, SA*

**C. Jacob Gower, Esq. (R2103)**                     **Email:** jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 3

**Attorney to Third-Party Defendant Dr. Constantine Bakas**

**LAW OFFICES OF DUENSING & CASNER**

Matthew J. Duensing, Esq. - VI Bar No. 64          Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030   Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043              Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.         Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**

*/s/ K. Glenda Cameron*