IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579<br><br>        Petitioners,<br><br>        v.<br><br>EDWARD AND CINDY MOREA<br><br>        Claimants and Third-Party Plaintiffs,<br><br>        v.<br><br>ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS,<br><br>        Third-Party Defendants. | Case No.: 3:21-cv-0059 |

**THIRD-PARTY DEFENDANT, FOUNTAINE PAJOT, SA'S
NOTICE OF SERVICE OF DISCOVERY AND DISCOVERY RESPONSES**

Third-Party Defendant, Fountaine Pajot, SA ("Fountaine Pajot") hereby gives notice that it has, through counsel, served on all counsel of record via email the following:

    1.    On January 16, 2023, Third-Party Defendant, Fountaine Pajot, SA's Objections and Responses to Claimants/Third-Party Plaintiffs' Interrogatories.

    2.    On January 16, 2023, Third-Party Defendant, Fountaine Pajot, SA's Objections and Responses to Claimants/Third-Party Plaintiffs' Request for Production, and non-confidential document production.

Third-Party Defendant,
Fountaine Pajot,
By its attorneys,

*/s/ Justin J. Shireman*
Justin J. Shireman, *pro hac vice*
Wilson Elser LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
T: (617) 422-5307
F: (617) 423-6917
justin.shireman@wilsonelser.com

/s/ *Adam N. Marinelli*
Adam N. Marinelli
V.I. Bar No. 1294
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
T: (340) 774-2944
F: (340) 776-1639
amarinelli@vilaw.com

**CERTIFICATE OF SERVICE**

**IT IS HEREBY CERTIFIED** that on February 27, 2023, the undersigned served a true and exact copy of the foregoing and any attachments thereto on the following parties or counsel, either through Notice of Electronic Filing ("NEF") or by the method indicated below pursuant to LRCi 5.49 and Fed. R. Civ. P. 5(b).

Tabak, Mellusi, & Shisha LLP
Jacob Shisha, Esq.
Ralph. J. Mellusi, Esq.
29 Broadway
New York, NY 10006
(212) 962-1590 Telephone
(212) 385-0920 Facsimile

K. Glenda Cameron, Esq.
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-3444 Telephone

280558409v.1

Andrew C. Simpson, Esq.
Andrew C. Simpson, PC
2191 Church St., Ste. 5
Christiansted, VI 00820

C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LC 70118

Law Office of Duensing & Casner
Matthew J. Duensing, Esq.
Joseph D. Sauerwein, Esq.
Robin P. Seila, Esq.
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone

Rubin, Fiorella, Friedman, & Mercante
James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381

                                                 */s/ Justin J. Shireman*
                                                 Justin J. Shireman