IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J &J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA542531819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br><br>Third-Party Defendant Atlantic Cruising Yachts, LLC Demands Trial by Jury |
| EDWARD AND CINDY MOREA | |
| Claimant and Third-Party Plaintiffs | |
| -against- | |
| ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS | |
| Third-Party Defendants | |

## NOTICE OF SERVICE

Third-Party Defendant Atlantic Cruising Yachts, LLC, by and through undersigned counsel Duensing & Casner, hereby notifies the Court that on this day Defendant responses to Plaintiff First Set of Interrogatories were served upon Plaintiff. Pursuant to the applicable Federal Rules of Civil Procedure, said interrogatories responses are not being filed with the Court at this time.

**LAW OFFICES OF DUENSING & CASNER**

Dated: March 8, 2023

By: /s/ *Matthew J. Duensing*
Matthew J. Duensing, Esq. VI Bar No. 64
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804
Tel: (340) 774-6011
Fax: (340) 776-8520
Email: mduensing@vilawyers.com

Case: 3:21-cv-00059-RAM-RM Document #: 120 Filed: 03/08/23 Page 2 of 2

**Notice of Case:**
*In Re Complaint and Petition of Costar Sailing, LLC, et al. vs. Atlantic Cruising Yachts, LLC et al.*
Case No. 3:21-CV-0059
Page 2

**RUBIN, FIORELLA, FRIEDMAN**
**& MERCANTE LLP**

By:    __/s/ *Michael Stern*_____
       Michael E. Stern, Esq
       630 Third Avenue
       New York, NY 10017
       Tel: 212.953-2381
       Email: mstern@rubinfiorella.com
       Pro Hac Vice Counsel for
       *Third-Party Defendant*
       *Atlantic Cruising Yachts, LLC.*