IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J &J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA542531819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br><br>Third-Party Defendant<br>Atlantic Cruising Yachts, LLC<br>Demands Trial by Jury |
| EDWARD AND CINDY MOREA | |
| Claimant and Third-Party Plaintiffs | |
| -against- | |
| ATLANTIC CRUISING YACHTS, LLC<br>FOUNTAINE PAJOT, SA and<br>CONSTANTINE BAKAS | |
| Third-Party Defendants | |

## NOTICE OF SERVICE

Third-Party Defendant Atlantic Cruising Yachts, LLC, by and through undersigned counsel Duensing & Casner, hereby notifies the Court that on this day Defendant responses to Claimant and Third-Party Plaintiff First Set of Request for Production of Documents were served upon Parties. Pursuant to the applicable Federal Rules of Civil Procedure, said responses are not being filed with the Court at this time.

**LAW OFFICES OF DUENSING & CASNER**

Dated: March 9, 2023

By: /s/ *Matthew J. Duensing*
Matthew J. Duensing, Esq. VI Bar No. 64
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804
Tel: (340) 774-6011
Fax: (340) 776-8520
Email: mduensing@vilawyers.com

 

**RUBIN, FIORELLA, FRIEDMAN
& MERCANTE LLP**

By:   \_\_/s/ *Michael Stern*_____
         Michael E. Stern, Esq
         630 Third Avenue
         New York, NY 10017
         Tel:  212.953-2381
         Email: mstern@rubinfiorella.com
         Pro Hac Vice Counsel for
         *Third-Party Defendant*
         *Atlantic Cruising Yachts, LLC.*