IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| In re the Complaint and Petition of Costar Sailing, LLC, as owner, and J&J Yacht Services, LLC, as owner pro hac vice/operator, of the S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579 <br><br> *** <br><br> **Edward Morea and Cindy Morea,** <br><br> *Claimants and Third-Party Plaintiffs* <br><br> v. <br><br> **Atlantic Cruising Yachts, LLC, Fountaine Pajot, SA, and Constantine Bakas,** <br><br> *Third-Party Defendants* | 3:21-cv-00059-RAM-RM <br><br> Jury Trial Demanded |

### THIRD-PARTY DEFENDANT CONSTANTINE BAKAS'S NOTICE OF SERVICE OF DISCOVERY RESPONSES & DOCUMENT PRODUCTION

Third-party defendant Constantine Bakas hereby gives notice that he has, through counsel, served on all counsel of record via email the following:

1. *Constantine Bakas's First Supplemental Responses to Claimants' Requests for Production*; and

2. *Second Notice of Production by Third-Party Defendant Constantine Bakas.*

Respectfully submitted,

_____
C. Jacob Gower, Esq. (R2103)
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
jacob@gowerlegal.com

**Attorney to Third-Party Defendant Constantine Bakas**

### CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of March, 2023, I caused a copy of the foregoing to be served on all counsel of record via email.

_____
C. Jacob Gower, Esq.