IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J &J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA542531819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br><br>Third-Party Defendant<br>Atlantic Cruising Yachts, LLC<br>Demands Trial by Jury |
| EDWARD AND CINDY MOREA | |
| Claimant and Third-Party Plaintiffs | |
| -against- | |
| ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS | |
| Third-Party Defendants | |

## NOTICE OF SERVICE

Third-Party Defendant Atlantic Cruising Yachts, LLC, by and through undersigned counsel Duensing & Casner, hereby notifies the Court that on this day Defendant served its First Set of Requests for Production of Documents and First Set of Interrogatories upon Petitioner J&J Yacht Services, LLC d.b.a "CYOA" pursuant to Fed. R. Civ. P. 33 and 34.  Pursuant to the applicable Rules of Civil Procedure, said Requests are not being filed with the Court at this time.

**LAW OFFICES OF DUENSING & CASNER**

Dated: February 10, 2023

By: /s/ *Matthew J. Duensing*
Matthew J. Duensing, Esq. VI Bar No. 64
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804
Tel: (340) 774-6011
Fax: (340) 776-8520
Email: mduensing@vilawyers.com

**Notice of Case:** 3:21-cv-00059-RAM-RM   Document #: 127   Filed: 03/16/23   Page 2 of 2
*In Re Complaint and Petition of Costar Sailing, LLC, et al. vs. Atlantic Cruising Yachts, LLC et al.*
Case No. 3:21-CV-0059
Page 2

                                  **RUBIN, FIORELLA, FRIEDMAN**
                                     **& MERCANTE LLP**

By:     __/s/ *Michael Stern*_____
            Michael E. Stern, Esq
            630 Third Avenue
            New York, NY 10017
            Tel:  212.953-2381
            Email: mstern@rubinfiorella.com
            Pro Hac Vice Counsel for
            *Third-Party Defendant*
            *Atlantic Cruising Yachts, LLC.*