IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J &J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA542531819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br><br>Third-Party Defendant<br>Atlantic Cruising Yachts, LLC<br>Demands Trial by Jury |
| EDWARD AND CINDY MOREA | |
|     Claimant and Third-Party Plaintiffs | |
| -against- | |
| ATLANTIC CRUISING YACHTS, LLC<br>FOUNTAINE PAJOT, SA and<br>CONSTANTINE BAKAS | |
|     Third-Party Defendants | |

## NOTICE OF SERVICE

Third-Party Defendant Atlantic Cruising Yachts, LLC, by and through undersigned counsel Duensing & Casner, hereby notifies the Court that on this day Defendant served its First Supplemental Responses for Production of Documents upon Claimant and Third-Party Plaintiffs. Pursuant to the applicable Federal Rules of Civil Procedure, said supplemental responses are not being filed with the Court at this time.

                                                      **LAW OFFICES OF DUENSING & CASNER**

Dated: April 19, 2023                  By:  /s/ *Matthew J. Duensing*
                                                              Matthew J. Duensing, Esq. VI Bar No. 64
                                                              9800 Buccaneer Mall, Bldg. 2, Suite 9
                                                              P.O. Box 6785
                                                              St. Thomas, U.S.V.I. 00804
                                                              Tel: (340) 774-6011
                                                              Fax: (340) 776-8520
                                                              Email: mduensing@vilawyers.com

 

**RUBIN, FIORELLA, FRIEDMAN
& MERCANTE LLP**

By:    /s/ *Michael Stern*
       Michael E. Stern, Esq
       630 Third Avenue
       New York, NY 10017
       Tel: 212.953-2381
       Email: mstern@rubinfiorella.com
       Pro Hac Vice Counsel for
       *Third-Party Defendant*
       *Atlantic Cruising Yachts, LLC.*