# IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579 <br><br> EDWARD AND CINDY MOREA <br><br>   Claimants and Third-Party Plaintiffs, <br><br> v. <br><br> ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS, <br><br>   Third-Party Defendants. | Case No.: 3:21-cv-00059 |

## THIRD-PARTY DEFENDANT, FOUNTAINE PAJOT, SA'S NOTICE OF SERVICE

Third-Party Defendant, Fountaine Pajot, SA ("Fountaine Pajot"), by and through undersigned counsel, hereby notifies the Court that on May 5, 2023 Fountaine Pajot's Revised and Supplemental Objections and Responses to Claimants/Third-Party Plaintiffs' Interrogatories, and supplemental document production, were served upon the Parties. Pursuant to the applicable Federal Rules of Civil Procedure, said responses are not being filed with the Court at this time.

Respectfully submitted by,

*/s/ Justin J. Shireman*
Justin J. Shireman, *pro hac vice*
Wilson Elser LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
T: (617) 422-5307
F: (617) 423-6917
justin.shireman@wilsonelser.com

1

282777190v.1

/s/ *Adam N. Marinelli*
Adam N. Marinelli
V.I. Bar No. 1294
BOLTNAGI PC
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
T: (340) 774-2944
F: (340) 776-1639
amarinelli@vilaw.com

Counsel for Third-Party Defendant, Fountaine Pajot

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on May 5, 2023, the undersigned served a true and exact copy of the foregoing and any attachments thereto on the following parties or counsel, via email and either through Notice of Electronic Filing ("NEF") or by the method indicated below pursuant to LRCi 5.49 and Fed. R. Civ. P. 5(b).

Tabak, Mellusi, & Shisha LLP
Jacob Shisha, Esq.
Ralph. J. Mellusi, Esq.
29 Broadway
New York, NY 10006
(212) 962-1590 Telephone
(212) 385-0920 Facsimile

K. Glenda Cameron, Esq.
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-3444 Telephone

Andrew C. Simpson, Esq.
Andrew C. Simpson, PC
2191 Church St., Ste. 5
Christiansted, VI 00820

C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LC 70118

Law Office of Duensing & Casner
Matthew J. Duensing, Esq.
Joseph D. Sauerwein, Esq.
Robin P. Seila, Esq.
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone

Rubin, Fiorella, Friedman, & Mercante
James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381

/s/ *Justin J. Shireman*
Justin J. Shireman

282777190v.1