IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579,        Petitioners,   v.  EDWARD AND CINDY MOREA        Claimants and Third-Party Plaintiffs,   v.  ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS,        Third-Party Defendants. | CASE NO.  3:21-cv-0059 |

## JOINT PROPOSED REVISED DEADLINES

The parties, having conferred, propose the following revised Discovery Schedule:

1. Fact discovery shall be completed by October 1, 2023. Any written discovery must be served so as to be answered prior to the close of fact discovery. Absent extraordinary circumstances, any discovery motions must be filed at least 30 days prior to the close of fact discovery.

2. The parties shall commence mediation by November 15, 2023, or earlier as agreed.

3. The party with the burden of proof of any issue shall identify any experts, and produce the required materials related thereto, on or before December 1, 2023.

4. The responding parties identify any experts, and produce the required materials related thereto, on or before January 15, 2024. No rebuttal reports will be permitted without leave of Court.

5. All discovery shall be completed by March 1, 2024.

6. The parties shall file dispositive and *Daubert* motions no later than April 16, 2024. The time for filing responses and replies may not be extended without leave of Court.

7. All motions in limine or to exclude evidence shall be filed no later than _____, 2024. Any response shall be filed no later than seven days after the motion is served. Any reply shall be filed no later than five days after a response is served.

8. The parties shall file their proposed joint final pretrial order no later than _____, 2024

9. To the extent a jury is available in this matter, the parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than _____, 2024.

10. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than _____, 2024.

11. The trial of this matter is scheduled to begin promptly at _____**, 2024**. The trial period extends from _____ to __, 2024. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

12. A status conference is scheduled for _____**, 2023 at** _____ via Teams. Teams invitations shall be provided via email.

**Dated:** May \_\_, 2023                              S\\_____
                                                                     **RUTH MILLER**
                                                                     United States Magistrate Judge