IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579<br><br>    Petitioners,<br><br>vs.<br><br>EDWARD AND CINDY MOREA,<br><br>    Claimants and Third-Party Plaintiffs,<br><br>vs.<br><br>ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS,<br><br>    Third-Party Defendants. | 3:21-CV-0059<br><br>ACTION IN ADMIRALTY FOR LIMITATION OF LIABILITY |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

PLEASE NOTE the withdrawal of Robin P. Seila of Duensing & Casner as attorney of record for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC"). Please remove her from all correspondence pleadings, and documents related to this case. Matthew J. Duensing and Joseph D. Sauerwein of Duensing & Casner will continue to represent the AYC.

relief can be granted, or any other defense or objection which may be presented either by pleading or motion in this action.

**LAW OFFICES OF DUENSING & CASNER**

Dated: May 12, 2023

By  /s/ *Robin P. Seila*
Robin P. Seila, Esq. – VI Bar No. R2043
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804
Tel: (340) 774-6011
Fax: (340) 776-8520
Email:  rseila@vilawyers.com

NOTICE OF WITHDRAWAL
*In Re Complaint and Petition of Costar Sailing, LLC, et al. vs. Atlantic Cruising Yachts, LLC et al.*
Case No. 3:21-CV-0059
Page 2

---

### RUBIN, FIORELLA, FRIEDMAN & MERCANTE

James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
Email: jmercante@rubinfiorella.com

Of Counsel