IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579<br><br>    Petitioners,<br><br>vs.<br><br>EDWARD AND CINDY MOREA,<br><br>    Claimants and Third-Party Plaintiffs,<br><br>vs.<br><br>ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS,<br><br>    Third-Party Defendants. | 3:21-CV-0059<br><br>ACTION IN ADMIRALTY FOR LIMITATION OF LIABILITY |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Robin P. Seila of Duensing & Casner moves to withdraw as attorney of record for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC"). Matthew J. Duensing and Joseph D. Sauerwein of Duensing & Casner will continue to represent AYC. The representation of AYC by the Law Offices of Duensing & Casner has not changed. Please remove her from all correspondence pleadings, and documents related to this case.

                                                                         LAW OFFICES OF DUENSING & CASNER

Dated: May 16, 2023                       By  /s/ *Robin P. Seila*
                                                          Robin P. Seila, Esq. – VI Bar No. R2043
                                                          9800 Buccaneer Mall, Bldg. 2, Suite 9
                                                          P.O. Box 6785
                                                          St. Thomas, U.S.V.I. 00804
                                                          Tel: (340) 774-6011
                                                          Fax: (340) 776-8520
                                                          Email:  rseila@vilawyers.com

Motion to Withdraw
*In Re Complaint and Petition of Costar Sailing, LLC, et al. vs. Atlantic Cruising Yachts, LLC et al.*
Case No. 3:21-CV-0059
Page 2

---

                          **RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

                          James E. Mercante, Esq.
                          Michael Stern, Esq.
                          630 Third Ave, 3rd Floor
                          New York, NY 10017
                          Tel.: (212) 953-2381
                          Email: jmercante@rubinfiorella.com

                          Of Counsel