# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA54253I819 AND OFFICIAL NO. 1291579 | Civil No. 2021-59 |

## REVISED TRIAL MANAGEMENT ORDER

The parties were before the Court on May 18, 2023 on their Joint Motion to Extend Case Deadlines and Trial Date [ECF 131] and for a status conference. The parties are well into written discovery and have set aside dates for depositions in the Summer. The number and location of parties have made scheduling cumbersome, but they are working well together and moving the case along. The parties are expected to adhere to the new schedule and not seek further extensions.

The premises considered, it is hereby ORDERED that the motion is GRANTED and parties shall adhere to the following schedule:

1. Fact discovery shall be completed by October 1, 2023. Absent extraordinary circumstances, any discovery motions must be filed at least 30 days prior to the close of fact discovery.

2. The parties shall commence mediation by November 15, 2023, or earlier as agreed.

3. The party with the burden of proof on any issue shall identify any experts, and produce the required materials related thereto, on or before December 1, 2023.

4. The responding parties shall identify any experts, and produce the required materials related thereto, on or before January 15, 2024. No rebuttal reports will be permitted without leave of Court.

5. All discovery shall be completed by March 1, 2024.

6. The parties shall file dispositive and *Daubert* motions no later than April 16, 2024. The time for filing responses and replies may not be extended without leave of Court.

7. All motions in limine or to exclude evidence shall be filed no later than June 14, 2024. Any response shall be filed no later than seven days after the motion is served. Any reply shall be filed no later than five days after a response is served.

8. The parties shall file their proposed joint final pretrial order no later than June 26, 2024

9. To the extent a jury is available in this matter, the parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than July 8, 2024.

10. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than July 8, 2024.

11. The final pretrial conference in this matter will be scheduled by the presiding judge.

12. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on July 15, 2024**. The trial period extends from July 15 to 26, 2024. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

13. A status conference is scheduled for **August 10, 2023 at 10:00 a.m.** via Teams. Teams invitations shall be provided via email.

**Dated:** May 18, 2023        S\ _____
                               **RUTH MILLER**
                               United States Magistrate Judge