### IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br>Third-Party Plaintiffs Demand Trial by Jury |
| EDWARD AND CINDY MOREA<br><br>  Claimants and Third-Party Plaintiffs<br><br>-against-<br><br>ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS<br><br>  Third-Party Defendants | |

#### NOTICE OF SERVICE THE MOREA CLAIMANTS/THIRD-PARTY PLAINTIFFS' SUPPLEMENTAL DISCOVERY DISCLOSURES

**COME NOW, Claimants/Third-Party Plaintiffs, Edward and Cindy Morea,** by and through undersigned counsel, and provide "Notice of Service" on June 09, 2023, of the Morea Claimants' Supplemental Voluntary Disclosures pursuant to Fed. R. Civ. P. 26 (a)1) and  33 & 34.

                                                              **RESPECTFULLY SUBMITTED**
                                                              **Tabak Mellusi & Shisha LLP**

**DATED: June 9, 2023**                  BY:   */s/ Jacob Shisha*
*Admitted Pro Hac Vice*:                      **Jacob Shisha, Esq**.
                                                               Ralph J. Mellusi, Esq.
                                                               **Tabak Mellusi & Shisha LLP**
                                                               29 Broadway
                                                               New York, NY 10006
                                                               Tel (212) 962-1590

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 2

    Fax(212) 385-0920
    **Email: Jshisha@sealawyers.com**
    **Email: rjmellusi@sealawyers.com**

    **LAW OFFICES OF K.G. CAMERON**
    **Of Counsel Attorney for Claimants**

DATED: June 9, 2023    BY:   */s/ K. Glenda Cameron*
    K. Glenda Cameron, Esq.
    VI Bar No. 683
    Physical: No. 29 A King Cross Street
    **Mailing: 2157 King Cross Street, No. 1**
    Christiansted, St. Croix
    U.S. Virgin Islands 00820
    Telephone: (340) 773-3444
    Email: kglenda@cameronlawvi.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.    Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820

**Ravinder S. Nagi, Esq.**
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile rnagi@vilaw.com
*Attorneys for Third-Party Defendant Fountaine Pajot, SA*

**C. Jacob Gower, Esq. (R2103)**    Email: jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118
**Attorney to Third-Party Defendant Dr. Constantine Bakas**

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 3

**LAW OFFICES OF DUENSING & CASNER**

Matthew J. Duensing, Esq. - VI Bar No. 64            Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030   Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043                  Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.       Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**

/s/ K. Glenda Cameron