IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN RE THE COMPLAINT AND PETITION
OF COSTAR SAILING, LLC, AS OWNER,
AND J&J YACHT SERVICES, LLC, AS
OWNER PRO HAC VICE/OPERATOR, OF
THE S/V CARPE AURA, HULL #: FPA542531819
AND OFFICIAL NO. 1291579                                    CASE NO.  3:21 - cv -0059

        Petitioners,

        v.

EDWARD AND CINDY MOREA

        Claimants and Third-Party Plaintiffs,

        v.

ATLANTIC CRUISING YACHTS, LLC,
FOUNTAINE PAJOT, SA, AND
CONSTANTINE BAKAS,

        Third-Party Defendants.

### NOTICE OF DEPOSITION OF THIRD-PARTY DEFENDANT DR. CONSTANTINE BAKAS

Please take notice that pursuant to Fed.R.Civ.P 30 Claimants Edwards and Cindy Morea will take the deposition of Third-Party Defendant Dr. Constantine Bakas, before a notary public or some other person duly qualified at the offices of Tabak Mellusi & Shisha LLP 29 Broadway, Suite 2400, New York, NY 10006 on July 27, 2023 at 10:00 am.

Dated: July 7, 2023

                    LAW OFFICES OF K. GLENDA CAMERON
                    *Attorneys for Claimants*

By:
                    K. Glenda Cameron, Esq.
                    2006 Eastern Suburb, Suite 101
                    Christiansted, VI 00820
                    Telephone:    (340) 773-3444
                    Facsimile:     (800) 869-0181

                    Jacob Shisha
                    Tabak Mellusi & Shisha LLP
                    29 Broadway
                    New York, NY 10006
                    Tel (212) 962-1590
                    Fax(212) 385-0920

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have on this 7th of **July, 2023**, I caused a true and correct copy of the foregoing **NOTICE OF DEPOSITION OF THIRD-PARTY DEFENDANT DR. CONSTANTINE BAKAS** to be severed on the following via email and regular mail

                    Andrew C. Simpson, Esq.
                    Andrew C. Simpson, PC
                    2191 Church St., Ste. 5
                    Christiansted, VI 00820
                    asimpson@coralbrief.com

                    C. Jacob Gower, Esq.
                    GOWER LEGAL LLC
                    1919 Pine Street
                    New Orleans, LC 70118
                    jacob@gowerlegal.com

Law Office of Duensing & Casner
Matthew J. Duensing, Esq.
Joseph D. Sauerwein, Esq.
Robin P. Seila, Esq.
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone
mduensing@vilawyers.com
jsauerwein@vilawyers.com

Rubin, Fiorella, Friedman, & Mercante
James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381
MStern@rubinfiorella.com
JMercante@rubinfiorella.com
Ravinder S. Nagi, Esq. V.I. Bar No. 1034
V.I. Bar No. 1294
BOLTNAGI PC
Merchants Financial Center 4608 Tutu Park Mall, Suite 202 St. Thomas, VI 00802-1816 (340) 774-2944 Telephone (340) 776-1639 Facsimile
amarinelli@vilaw.com
rnagi@vilaw.com

Justin J. Shireman, *pro hac vice*
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
T: (617) 422-5307
F: (617) 423-6917
justin.shireman@wilsonelser.com

JACOB SHISHA