IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| **In re the Complaint and Petition of Costar Sailing, LLC, as owner, and J&J Yacht Services, LLC, as owner pro hac vice/operator, of the S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579**<br><br>**\*\*\***<br><br>**Edward Morea and Cindy Morea,**<br><br>*Claimants and Third-Party Plaintiffs*<br><br>**v.**<br><br>**Atlantic Cruising Yachts, LLC, Fountaine Pajot, SA, and Constantine Bakas,**<br><br>*Third-Party Defendants* | 3:21-cv-00059-RAM-RM<br><br>**Jury Trial Demanded** |

**THIRD-PARTY DEFENDANT CONSTANTINE BAKAS'S
THIRD NOTICE OF PRODUCTION**

Third-party defendant Constantine Bakas hereby give notice that he has produced an additional 14 documents in response to the several requests for production directed to him by claimants Edward Morea and Cindy Morea and third-party defendant Atlantic Cruising Yachts, LLC. The documents are numbered 99 through 113, and the individual pages comprising the documents bear Bates range BK 0524 to BK 0564.

Respectfully submitted,

_____
C. Jacob Gower, Esq. (R2103)
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LA 70118
jacob@gowerlegal.com

**Attorney to Third-Party Defendant Constantine Bakas**

### CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of July, 2023, I caused a copy of the foregoing to be served on all counsel of record via email.

_____
C. Jacob Gower, Esq.

1.