# IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **In re The Complaint and Petition of Costar Sailing, LLC, as Owner, and J&J Yacht Services, LLC, as Owner Pro Hac Vice/Operator, of The S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579.** | **Case No. 3:21-cv-059**<br><br>**Jury Trial Demanded** |
| **Edward and Cindy Morea,**<br><br>Claimants and Third-Party Plaintiffs,<br><br>v.<br><br>**Atlantic Cruising Yachts, LLC Fountain Pajot, SA and Constantine Bakas,**<br><br>Third-Party Defendants. | |

### DEFENDANT CONSTANTINE BAKAS' MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID A. SAFRANEK, ESQ.

Defendant, Constantine Bakas, by and through undersigned counsel, hereby moves this court for admission *pro hac vice* of David A. Safranek, Esq. in the captioned proceeding and hereby states:

1. Attorney Safranek is an attorney with the law firm The Law Office of C. Jacob Gower, Esq., 1919 Pine Street, New Orleans, LA 70118, Telephone No.: (337) 298-9734, Email: david@gowerlegal.com. He has been admitted to practice law in Louisiana. A copy of the *Pro Hac Vice* Application of Attorney Safranek is attached hereto as Exhibit A.

2. Attorney Safranek is a member of good standing of the bars in the aforementioned jurisdiction and has not suffered any disbarment or suspension of license to practice. The Certificate of Good Standing is attached hereto as Exhibit B. The Declaration of David A. Safranek, Esq. in Support of Motion for Admission *Pro Hac Vice* is attached as Exhibit C.

3. In his capacity as an attorney, Mr. Safranek handles litigation and Dispute Resolution law.

4. The Defendant Constantine Bakas has requested that David A. Safranek, Esq. participate fully in the preparation and trial of this case.

As local counsel for the Defendant Constantine Bakas, I hereby recommend the admission of *pro hac vice* of David A. Safranek, Esq. subject to compliance with the Court Rules. The Affidavit of C. Jacob Gower, Esq. in Support of Motion for Admission is attached hereto as Exhibit D.

    Respectfully submitted,

    s/ C. Jacob Gower
    C. Jacob Gower, Esq.
    **GOWER LEGAL LLC**
    1919 Pine Street, New Orleans, LA 70118
    P.O. Box 223973, Christiansted, VI 00822
    jacob@gowerlegal.com
    jamie@gowerlegal.com
    (340) 277-2799 / (337) 298-9734

    **Counsel to Constantine Bakas**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users. I have also served a true and correct copy of this filing to the following via the email indicated below:

| | |
|---|---|
| **Wilson Elser** | **Andrew C. Simpson, P.C.** |
| Justin J. Shireman, Esq., *Pro Hac Vice* | Andrew C. Simpson, Esq. |
| Justin.shireman@wilsonelser.com | asimpson@coralbrief.com |
| 617-422-5307 | 340-719-3900 |
| | |
| **Tabak, Mellusi & Shisha LLP** | **Bolt Nagi PC** |
| Jacob Shisha, Esq., *Pro Hac Vice* | Adam N. Marinelli, Esq. |
| jshisha@sealawyers.com | amarinelli@vilaw.com |
| Ralph J. Mellusi, Esq., *Pro Hac Vice* | Ravinder Nagi, Esq. |
| rjmellusi@sealwayers.com | rnagi@vilaw.com |
| 212-962-1590 | 340-774-2944 |

| | |
|---|---|
| **Law Office of K. G. Cameron** | Robin P. Seila, Esq. |
| K. Glenda Cameron, Esq. | Robin.seila@gmail.com |
| kglenda@cameronlawvi.com | 919-961-7237 |
| 340-773-3444 | |
| | |
| **Rubin, Fiorella, Friedman & Mercante** | **Law Office of Duensing & Casner** |
| James E. Mercante, Esq., *Pro Hac Vice* | Matthew J. Duensing, Esq. |
| jmercante@rubinfiorella.com | mduensing@vilawyers.com |
| Michael Stern, Esq., *Pro Hac Vice* | Joseph D. Sauerwein, Esq. |
| mstern@rubinfiorella.com | jsauerwein@vilawyers.com |
| 212-953-2381 | 340-774-6011 |

**Counsel for Defendant Constantine Bakas**

s/ C. Jacob Gower
C. Jacob Gower, Esq.