# IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **In re The Complaint and Petition of Costar Sailing, LLC, as Owner, and J&J Yacht Services, LLC, as Owner Pro Hac Vice/Operator, of The S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579.** | Case No. 3:21-cv-059  <br><br>**Jury Trial Demanded** |
| **Edward and Cindy Morea,**<br><br>Claimants and Third-Party Plaintiffs,<br><br>v.<br><br>**Atlantic Cruising Yachts, LLC Fountain Pajot, SA and Constantine Bakas,**<br><br>Third-Party Defendants. | |

### ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID A. SAFRANEK, ESQ.

Upon consideration of the Defendant Constantine Bakas' Motion for Admission *Pro Hac Vice* of David A. Safranek, Esq., it is hereby

**ORDERED** that the Defendant's motion is **GRANTED** and David A. Safranek, Esq. is hereby **ADMITTED** *pro hac vice* in the above action.

**DONE AND SO ORDERED** this _____ day of _____, 2023.

_____
 **Hon. Ruth Miller, Magistrate Judge**

**Copies furnished via ECF to:**

C. Jacob Gower, Esq.  
Jacob Shisha, Esq., *Pro Hac Vice*  
Ralph J. Mellusi, Esq., *Pro Hac Vice*  
Justin J. Shireman, Esq., *Pro Hac Vice*  
K. Glenda Cameron, Esq.  
Adam N. Marinelli, Esq.  

Ravinder Nagi, Esq.  
Andrew C. Simpson, Esq.  
James E. Mercante, Esq., *Pro Hac Vice*  
Michael Stern, Esq., *Pro Hac Vice*  
Matthew J. Duensing, Esq.  
Joseph D. Sauerwein, Esq.  
Robin P. Seila, Esq.