# EXHIBIT B

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of

Louisiana, do hereby certify that

### *DAVID ANDREW SAFRANEK ESQ.,  #35302*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 24th Day of October, 2013 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN  WITNESS  WHEREOF,  I  hereunto  sign

my  name  and  affix  the   seal  of  this  Court,  at

the  City  of  New  Orleans,  this  the  25th  Day

of July, 2023, A.D.

**Clerk of Court**
**Supreme Court of Louisiana**