# EXHIBIT C

IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| In re The Complaint and Petition of Costar Sailing, LLC, as Owner, and J&J Yacht Services, LLC, as Owner Pro Hac Vice/Operator, of The S/V Carpe Aura, Hull #: FPA542531819 and Official No. 1291579. | Case No. 3:21-cv-059<br><br>Jury Trial Demanded |
| Edward and Cindy Morea,<br><br>Claimants and Third-Party Plaintiffs,<br><br>v.<br><br>Atlantic Cruising Yachts, LLC Fountain Pajot, SA and Constantine Bakas,<br><br>Third-Party Defendants. | |

### DECLARATION OF DAVID A. SAFRANEK
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, David A. Safranek, Esq., declare as follows:

1. I am an attorney with the law firm of Gower Legal.

2. I am a member in good standing of the Bars of all jurisdictions in which I am admitted: Louisiana Supreme Court, District Court for the Western District of Louisiana, District Court for the Eastern District of Louisiana and District Court for the Middle District of Louisiana.

3. I am in good standing in all courts where I have been admitted.

4. I am not, nor have I been, the subject of any disciplinary proceedings brought by any court or other judicial or administrative body.

5. I will be working directly with C. Jacob Gower, Esq., a member of the Bar of this Court, to act as counsel for Third-Party Defendant, Constantine Bakas, in the above-captioned matter.

6. I agree to abide by the Local Civil Rules of the United States District Court for the District of the Virgin Islands, Division of St. Croix and any Orders that may be issued by the Court concerning this instant litigation.

7. I declare under penalty of perjury that the foregoing is true and correct.

This the 8th day of August, 2023.

David A. Safranek, Esq.

Subscribed and Sworn to before me this 8th day of August 2023.

Notary Public





HANNAH H. ALLEMAN
Notary Public - Louisiana
Livingston Parish
Notary ID 186524