DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

|  |  |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA54253I819 AND OFFICIAL NO. 1291579<br><br>EDWARD AND CINDY MOREA,<br><br>  Claimant and Third-Party Plaintiffs,<br><br>     vs.<br><br>ATLANTIC CRUISING YACHTS, LLC FOUNTAIN PAJOT, SA AND CONSTANTINE BAKAS,<br><br>  Third-Party Defendants. | Civil No. 2021-59 |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

THIS MATTER is before the Court on the Motion for Admission [144] of David A. Safranek, Esquire, filed C. Jacob Gower, Esquire, of the Bar of the District Court of the Virgin Islands pursuant to LRCi 83.1(b)(2). The Petitioner has satisfied all the requirements of Rule 83.1(b)(2) of the Local Rules of Civil Procedure and has paid the appropriate fees.

The record shows that Attorney David A. Safranek is currently in good standing in the Supreme Court of the State of Louisiana. He seeks admission to represent defendant Constantine Bakas in this matter.

Upon consideration of the motion, it is

Order Granting Motion for
Admission Pro Hac Vice
In re Costar Sailing, LLC
Civil No. 2021-59

      **ORDERED** that the motion is GRANTED and pursuant to LRCi 83.1(b)(2), David A. Safranek, Esquire, is admitted *pro hac vice* to practice before this Court in this case, and he shall appear before this Court to take the oath prior to such practice; and it is further

      **ORDERED** that Attorney David A. Safranek shall be subject to the disciplinary and contempt jurisdiction of this Court in the course of practice during his *pro hac vice* admission, whether such disciplinary action is taken before or after termination or revocation of his admission *pro hac vice*.

**Dated:** August 8, 2023                              S\_____
                                                          **RUTH MILLER**
                                                          Magistrate Judge