## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | ) 3:21-cv-0059 <br> ) Third-Party Plaintiffs <br> ) Demand <br> ) Trial by Jury <br> ) <br> ) <br> ) <br> ) <br> ) |
| EDWARD AND CINDY MOREA | ) <br> ) |
| Claimants and Third-Party Plaintiffs | ) |
| -against- | ) |
| ATLANTIC CRUISING YACHTS, LLC <br> FOUNTAINE PAJOT, SA and <br> CONSTANTINE BAKAS | |
| Third-Party Defendants | |

### NOTICE OF DEPOSITONS

| | |
|---|---|
| TO: | **GEORGE CHAPMAN and NICHOLAS HULBERT** |
| ADDRESS: | *c/o WAYPOINT,* <br> *3562 Honduras Frenchtown Marina,* <br> *St Thomas 00802, U.S. Virgin Islands* |

**Court Reporter**
Suzette V. Descartes
**Email address:** ftrcourtreporting@hotmail.com

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition
Page | 2

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, **Claimants/Third-Party Plaintiffs, Edward and Cindy Morea**, by and through undersigned counsel, will take the oral examination of the following fact witnesses:

| Witness | DATE/ TIME | LOCATION |
|---|---|---|
| **George Chapman** | **August 16, 2023**<br><br>**10:00 A.M.** | STT<br>**LAW OFFICES OF DUENSING & CASNER,**<br>**9800 Buccaneer Mall, Bldg. 2, Suite 9, St. Thomas, U.S.V.I. 00804**<br>**Tel: (340) 774-6011** |
| **Nicholas Hulbert** | **August 16, 2023**<br><br>**1:30 P.M.** | STT<br>**LAW OFFICES OF DUENSING & CASNER,**<br>**9800 Buccaneer Mall, Bldg. 2, Suite 9, St. Thomas, U.S.V.I. 00804**<br>**Tel: (340) 774-6011** |

**A zoom invite will be provided by the Court Reporter**.

These depositions will be taken by stenographic means and pursuant to the rules cited above. The deposition may be recorded by video and/or audio means, including Zoom recording. \**No later than twenty-four (24) hours prior to the date of the deposition, the Court Reporter and or Party Noticing the Deposition will provide the zoom address and IP link.*

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

                                      **RESPECTFULLY SUBMITTED**
                                      **Tabak Mellusi & Shisha LLP**

**DATED: August 11 2023,**          BY:     */s/ Jacob Shisha*
*Admitted Pro Hac Vice***:**                      **Jacob Shisha, Esq**.
                                                           Ralph J. Mellusi, Esq.
                                                           **Tabak Mellusi & Shisha LLP**
                                                           29 Broadway
                                                           New York, NY 10006
                                                           Tel (212) 962-1590
                                                           Fax(212) 385-0920
                                                           **Email: Jshisha@sealawyers.com**

Case: 3:21-cv-00059-RAM-RM   Document #: 148   Filed: 08/14/23   Page 3 of 4

In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059
Notice of Deposition
Page | 3

Email: rjmellusi@sealawyers.com

**LAW OFFICES OF K.G. CAMERON**
**Of Counsel Attorney for Claimants**

**DATED: August 11, 2023,**   BY:   */s/ K. Glenda Cameron*
K. Glenda Cameron, Esq.
VI Bar No. 683
Physical:  No. 29 A King Cross Street
**Mailing:  2157 King Cross Street, No. 1**
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 773-3444
 Email: kglenda@cameronlawvi.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.                                        Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820

**Ravinder S. Nagi, Esq.**
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile rnagi@vilaw.com
*Attorneys for Third-Party Defendant Fountaine Pajot, SA*

**C. Jacob Gower, Esq. (R2103)**                        Email:  jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118
**Attorney to Third-Party Defendant Dr. Constantine Bakas**

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition
Page | 4

**LAW OFFICES OF DUENSING & CASNER**

Matthew J. Duensing, Esq. - VI Bar No. 64Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**

*/s/ K. Glenda Cameron*