IN THE DISTRICT COURT OF THE U.S. VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **In re The Complaint and Petition of Costar Sailing, LLC, as Owner, and J&J Yacht Services, LLC, as Owner Pro Hac Vice/Operator, of The S/V Carpe Aura, Hull #: FPA54253I819 and Official No. 1291579.** | Case No. 3:21-cv-059<br><br>**Jury Trial Demanded** |
| **Edward and Cindy Morea,**<br><br>     Claimants and Third-Party Plaintiffs,<br><br>     v.<br><br>**Atlantic Cruising Yachts, LLC Fountain Pajot, SA and Constantine Bakas,**<br><br>     Third-Party Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David A. Safranek, Esq., admitted *Pro Hac Vice*, hereby enters an appearance as additional counsel of record for Defendant Constantine Bakas. Attorney Safranek requests that copies of all notices, motions, and pleadings be direct to him at the email address below.

                                        Respectfully submitted,

                                        s/ David A. Safranek
                                        David A. Safranek, Esq. (*Pro Hac Vice*)
                                        **GOWER LEGAL LLC**
                                        1919 Pine Street, New Orleans, LA 70118
                                        P.O. Box 223973, Christiansted, VI 00822
                                        david@gowerlegal.com
                                        jamie@gowerlegal.com
                                        (340) 277-2799 / (337) 298-9734

                                        **Counsel to Constantine Bakas**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this August 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing through the Notice of Electronic Filing for parties and counsel who are Filing Users. I have also served a true and correct copy of this filing to the following via the email indicated below:

**Wilson Elser**
Justin J. Shireman, Esq., *Pro Hac Vice*
Justin.shireman@wilsonelser.com
617-422-5307

**Andrew C. Simpson, P.C.**
Andrew C. Simpson, Esq.
asimpson@coralbrief.com
340-719-3900

**Tabak, Mellusi & Shisha LLP**
Jacob Shisha, Esq., *Pro Hac Vice*
jshisha@sealawyers.com
Ralph J. Mellusi, Esq., *Pro Hac Vice*
rjmellusi@sealwayers.com
212-962-1590

**Bolt Nagi PC**
Adam N. Marinelli, Esq.
amarinelli@vilaw.com
Ravinder Nagi, Esq.
rnagi@vilaw.com
340-774-2944

**Law Office of K. G. Cameron**
K. Glenda Cameron, Esq.
kglenda@cameronlawvi.com
340-773-3444

Robin P. Seila, Esq.
Robin.seila@gmail.com
919-961-7237

**Rubin, Fiorella, Friedman & Mercante**
James E. Mercante, Esq., *Pro Hac Vice*
jmercante@rubinfiorella.com
Michael Stern, Esq., *Pro Hac Vice*
mstern@rubinfiorella.com
212-953-2381

**Law Office of Duensing & Casner**
Matthew J. Duensing, Esq.
mduensing@vilawyers.com
Joseph D. Sauerwein, Esq.
jsauerwein@vilawyers.com
340-774-6011

                **Counsel for Defendant Constantine Bakas**

                s/ David A. Safranek
                David A. Safranek, Esq. (*Pro Hac Vice*)