## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | ) 3:21-cv-0059 ) Third-Party Plaintiffs ) Demand ) Trial by Jury ) ) ) ) ) |
| EDWARD AND CINDY MOREA        Claimants and Third-Party Plaintiffs | ) ) ) ) ) |
| -against- | ) ) |
| ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS        Third-Party Defendants | ) ) ) ) |

### NOTICE OF DEPOSITION OF JOHN JACOBS

TO:  **Andrew C. Simpson, Esq.**
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820
Email: asimpson@coralbrief.com
*Attorneys for Petitioners Costar Sailing LLC, et. al.*


**Court Reporter**
**VERITEXT Legal Solutions**
330 Old Country Road Suite 300
Mineola, NY 11501
516-608-2400
www.veritext.com

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition of JOHN JACOBS
Page | 2

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26, 30 and 32, **Claimants/Third-Party Plaintiffs, Edward and Cindy Morea**, by and through undersigned counsel, will take the oral examination of **John Jacobs**, **on August 30, 2023, at 10:00 a.m.,** at the **Regus-Asheville, 28 Schenck Parkway, Building 2B, Suite 200, Asheville, NC 28803 and via Zoom conference pursuant to this Zoom** *address and IP* **link:**

https://proceedings.veritext.com/?token=9239ede7d28f0026f63b3a7efe2cbb10

This deposition will be taken by stenographic means and pursuant to the rules cited above. The deposition may be recorded by video and/or audio means, including Zoom recording.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

|  |  |
|---|---|
|  | **RESPECTFULLY SUBMITTED**<br>**Tabak Mellusi & Shisha LLP** |
| **DATED: August 25, 2023**<br>*Admitted Pro Hac Vice***:** | BY:  */s/ Jacob Shisha*<br>**Jacob Shisha, Esq**.<br>Ralph J. Mellusi, Esq.<br>**Tabak Mellusi & Shisha LLP**<br>29 Broadway<br>New York, NY 10006<br>Tel (212) 962-1590<br>Fax(212) 385-0920<br>**Email: Jshisha@sealawyers.com**<br>**Email: rjmellusi@sealawyers.com** |
|  | **LAW OFFICES OF K.G. CAMERON**<br>**Of Counsel Attorney for Claimants** |
| **DATED: August 25, 2023** | BY:  */s/ K. Glenda Cameron*<br>K. Glenda Cameron, Esq. |

In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059
Notice of Deposition of JOHN JACOBS
Page | 3

VI Bar No. 683
Physical:  No. 29 A King Cross Street
**Mailing:  2157 King Cross Street, No. 1**
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 773-3444
Email: kglenda@cameronlawvi.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.                             Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820
*Attorneys for Petitioners Costar Sailing, LLC, etal*

**Ravinder S. Nagi, Esq.**                            **Email:**  rnagi@vilaw.com
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile
***Attorneys for Third-Party Defendant Fountaine Pajot, SA***

**C. Jacob Gower, Esq. (R2103)**              Email:  jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118
**Attorney to Third-Party Defendant Dr. Constantine Bakas**


**LAW OFFICES OF DUENSING & CASNER**
Matthew J. Duensing, Esq. - VI Bar No. 64      Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030  Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043            Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

Case: 3:21-cv-00059-RAM-RM   Document #: 150   Filed: 08/25/23   Page 4 of 4

In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059
Notice of Deposition of JOHN JACOBS
Page | 4

and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.      Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**

*/s/ K. Glenda Cameron*