IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | ) 3:21-cv-0059<br>) Third-Party Plaintiffs<br>) Demand<br>) Trial by Jury<br>)<br>)<br>)<br>) |
| EDWARD AND CINDY MOREA | ) |
| Claimants and Third-Party Plaintiffs | ) |
| -against- | ) |
| ATLANTIC CRUISING YACHTS, LLC<br>FOUNTAINE PAJOT, SA and<br>CONSTANTINE BAKAS | )<br>)<br>) |
| Third-Party Defendants | ) |

**<u>NOTICE OF DEPOSITION OF THIRD-PARTY DEFENDANT<br>FOUNTAINE PAJOT, SA REPRESENTATIVE</u>**

TO:   Email: justin.shireman@wilsonelser.com
      Justin Shireman, Esq.
      Wilson Elser Moskowitz Edleman & Dicker LLP
      260 Franklin Street, 14th Floor
      Boston, MA 02110-3112

<u>Court Reporter</u>
VERITEXT Legal Solutions
330 Old Country Road Suite 300
Mineola, NY 11501
516-608-2400
www.veritext.com

   PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6) and 34

Claimants/Third-Party Plaintiffs, Edward and Cindy Morea, by and through undersigned

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition of Third-Party Defendant Atlantic Cruising Yachts, LLC
Page | 2

counsel, will take the oral examination of Fountaine Pajot, SA's representative, on October 11, 2023 at 10:00 a.m., at the offices of Wilson Elser, Moskowitz Edleman & Dicker LLP, 150 East 42nd Street, New York, NY 10017, and via Zoom conference pursuant to a Zoom *address and IP* link which will be provided:

This deposition will be taken by stenographic means and pursuant to the rules cited above. The deposition may be recorded by video and/or audio means, including Zoom recording.

This deposition is being taken for use as evidence and/or trial purposes and may be continued from day to day until completed.

Fountain Pajot, SA ("FP") is requested to designate one or more 30(b)(6) witnesses who is(are) knowledgeable and prepared to testify on behalf of FP regarding the following topics:

> 1. Fountaine Pajot, SA ("FP") commercial activities in United States Virgin Islands ("USVI") includes sales of vessels, parts, services, warrantee work promotional activities.
> 2. FP commercial relationship with vendors in British Virgin Islands ("BVI") sell, vessels, or provide services, warrantee work warrantee work and promotional activities.
> 3. FP sale of vessels in USA.
> 4. FP commercial relationship with J&J Yacht Services, LLC d/b/a CYOA ("CYOA").
> 5. FP commercial relationship with Atlantic Cruising Yachts, LLC ("ACY").
> 6. FP commercial relationship with vendors, or other businesses other than CYOA in USVI.
> 7. FP communications and knowledge regarding post sales conversions of LPG systems on their vessels from butane to propane.
> 8. FP design, manufacturing and testing of LPG systems on their vessels.
> 9. FP knowledge, implementation and application of CE certifications of their vessels.
> 10. FP knowledge of and compliance with ABYC standards.

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition of Third-Party Defendant Atlantic Cruising Yachts, LLC
Page | 3

11. All warnings, and instructions provided by FP on their vessels regarding, use, maintenance, and repair of LPG systems on their vessels.
12. Drafting of FP Owners' Manuals, warnings and instructions regarding dangers of LPG and the safe and proper use of LPG system, maintenance, repair and requirements of testing of LPG system.
13. What documentation and safety warnings FP provided with hull FR FPA 54243 18 19 herein after ("CARPE AURA') and for all other Helia 44 vessels.
14. Documents, records, including photographs and videos evidencing what Owners Manuals and warning are provided with a particular vessel, including CARPE AURA.
15. Documents, records including photographs and video of CARPE AURA's propane system, including those evidencing whether a LPG leak detector was fitted on the vessel, while in the factory of FP, prior to the time of delivery to ACY or subsequent to delivery to ACY.
16. Any documents produced by FP in discovery.
17. Any Answers to Interrogatories by FP.
18. FP practice of monitoring what competitor companies are doing with regard to the production of and the safe operation of their products.
19. Relationship between FP and Dufour Yachts.
20. Documentation, and knowledge about any propane leaks on FP or Dufour Yachts prior to April 16, 2021.
21. Industry monitoring of the risks and hazards associated with the used of LPG systems.
22. The factual basis of any affirmative defense FP will assert at trial.

**RESPECTFULLY SUBMITTED**
**Tabak Mellusi & Shisha LLP**

**DATED: September 18, 2023**           BY: */s/ Jacob Shisha*
*Admitted Pro Hac Vice*:                **Jacob Shisha, Esq**.
                                        Ralph J. Mellusi, Esq.
                                        **Tabak Mellusi & Shisha LLP**
                                        29 Broadway
                                        New York, NY 10006
                                        Tel (212) 962-1590
                                        Fax(212) 385-0920
                                        **Email: Jshisha@sealawyers.com**
                                        **Email: rjmellusi@sealawyers.com**

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition of Third-Party Defendant Atlantic Cruising Yachts, LLC
Page | 4

        **LAW OFFICES OF K.G. CAMERON**
        **Of Counsel Attorney for Claimants**

**DATED: September 1, 2023**

BY: ___/s/ K. Glenda Cameron___
        K. Glenda Cameron, Esq.
VI Bar No. 683
Physical:  No. 29 A King Cross Street
**Mailing:  2157 King Cross Street, No. 1**
Christiansted, St. Croix
U.S. Virgin Islands 00820
Telephone: (340) 773-3444
Email: kglenda@cameronlawvi.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.         Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820
**Attorneys for Portioners Costar Sailing LLC and CYOA**

**Ravinder S. Nagi, Esq.**         Email:  rnagi@vilaw.com
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile

**Wilson Elser Moskowitz Edleman & Dicker LLP**

Justin Shireman, Esq.
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
justin.shireman@wilsonelser.com

**Attorneys for Third-Party Defendant Fountaine Pajot, SA**

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Deposition of Third-Party Defendant Atlantic Cruising Yachts, LLC
Page | 5

**C. Jacob Gower, Esq. (R2103)**          Email: jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118
**Attorney to Third-Party Defendant Dr. Constantine Bakas**


**LAW OFFICES OF DUENSING & CASNER**
Matthew J. Duensing, Esq. - VI Bar No. 64          Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030          Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043          Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.   Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("ACY")**


*/s/ K. Glenda Cameron*