# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579, | CASE NO.  3:21-cv-0059 |
| Petitioners, | |
| v. | |
| EDWARD AND CINDY MOREA | |
| Claimants and Third-Party Plaintiffs, | |
| v. | |
| ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS, | |
| Third-Party Defendants. | |

## MOREA CLAIMANTS' THIRD SUPPLEMENTAL FED. R. CIV. P (26(a)(1) VOLUNTARY DISCLOSURES

Claimants, Edward and Cindy Morea, through undersigned counsel for their Third

Supplemental Initial Disclosures pursuant to Fed. R. Civ. P. 26 (a) (1) state: new

 **(A)(ii)** Description **of documents relevant to the issues in dispute, list the**

**following additional medical records and bills:**

| | |
|---|---|
| Receipts for Related Appliances | Morea04127-04138 |
| Inglemoor Rehab Updated | Morea04139-04956 |
| Wayne Berberian, MD Updated | Morea04957-04974 |

In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059
Morea Claimants' Third Supplemental Fed. R. Civ. P 26(a)(1) Voluntary Disclosures
Page | 2

| | |
|---|---|
| University Medical Center Dr. Ahlawa | Morea 04975-05949 |
| University Hospital updated.pdf | Morea 05950- 06150 |
| Medical Bills and summaries submitted to UH | Morea06151- 06760 |
| Darsit Shah, MD, ENT | Morea06761-06770 |

The above listed documents can be downloaded via Docs Produced with Claimants'

Third Supplemental Rule 26 Disclosure

**RESPECTFULLY SUBMITTED**
**Tabak Mellusi & Shisha LLP**

**DATED: October 20, 2023,**          BY: __/s/ Jacob Shisha____
*Admitted Pro Hac Vice*:          **Jacob Shisha, Esq.**
                              Ralph J. Mellusi, Esq.
                              **Tabak Mellusi & Shisha LLP**
                              29 Broadway
                              New York, NY 10006
                              Tel (212) 962-1590
                              Fax(212) 385-0920
                              **Email: Jshisha@sealawyers.com**
                              **Email: rjmellusi@sealawyers.com**


**LAW OFFICES OF K.G. CAMERON**
**Of Counsel Attorney for Claimants**

**DATED: October 20, 2023,**          BY: __/s/ K. Glenda Cameron____
                              K. Glenda Cameron, Esq.
                              VI Bar No. 683
                              Physical:  No. 29 A King Cross Street
                              **Mailing:  2157 King Cross Street, No. 1**
                              Christiansted, St. Croix
                              U.S. Virgin Islands 00820
                              Telephone: (340) 773-3444
                              Email: kglenda@cameronlawvi.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Andrew C. Simpson, Esq.                    Email: asimpson@coralbrief.com
**Andrew C. Simpson, P.C.**
2191 Church St., Ste 5
Christiansted, VI 00820
*Attorneys for Petitioners Costar Sailing, LLC, et al.*

**Ravinder S. Nagi, Esq.**                    **Email:** rnagi@vilaw.com
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile

*s/ Justin J. Shireman*
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street - 14th Floor
Boston, MA 02110-3112
617.422.5307 (Direct)
617.422.5300 (Main)
617.423.6917 (Fax)
justin.shireman@wilsonelser.com


***Attorneys for Third-Party Defendant Fountaine Pajot, SA***

**C. Jacob Gower, Esq. (R2103)**                    **Email:** jacob@gowerlegal.com
**GOWER LEGAL LLC**
1919 Pine Street
New Orleans, LA 70118
**Attorney to Third-Party Defendant Dr. Constantine Bakas**


**LAW OFFICES OF DUENSING & CASNER**
Matthew J. Duensing, Esq. - VI Bar No. 64          Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030     Email: jsauerwein@vilawyers.com

Robin P. Seila, Esq.- VI Bar No. R2043        Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

James E. Mercante, Esq. Michael Stern, Esq.        Email: jmercante@rubinfiorella.com
630 Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**


**/s/ K. Glenda Cameron_____**