IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL#: FPA54253I819 AND OFFICIAL NO. 1291579 | Civil No. 2021-59 |

## SECOND REVISED TRIAL MANAGEMENT ORDER

The parties were before the Court on November 6, 2023 on their Second Joint Motion to Extend Case Deadlines and Trial Date [ECF 154] and for a status conference. The parties have completed most of the fact discovery. There may be an effort to bifurcate the limitations action. The parties are expected to adhere to the new schedule. No further extensions will be granted absent extraordinary circumstances.

The premises considered, it is hereby ORDERED that the motion is GRANTED and parties shall adhere to the following schedule:

1. Fact discovery is deemed closed, with the exception of a deposition of George Chapman, to be taken by March 15, 2024, and a possible continuation of the 30(b)(6) of Fountaine Pajot.

2. The parties shall commence mediation by February 8, 2024, or earlier as agreed.

3. The party with the burden of proof on any issue shall identify any experts, and produce the required materials related thereto, on or before March 18, 2024.

4. The responding parties shall identify any experts, and produce the required materials related thereto, on or before April 18, 2024. No rebuttal reports will be permitted without leave of Court.

5. All discovery shall be completed by June 3, 2024.

6. The parties shall file dispositive and *Daubert* motions no later than July 16, 2024. The time for filing responses and replies may not be extended without leave of Court.

7. All motions in limine or to exclude evidence shall be filed no later than September 20, 2024. Any response shall be filed no later than seven days after the motion is served. Any reply shall be filed no later than five days after a response is served.

8. The parties shall file their proposed joint final pretrial order no later than October 4, 2024

9. To the extent a jury is available in this matter, the parties shall file their proposed voir dire, proposed joint neutral statement, and proposed jury instructions no later than October 14, 2024.

10. The parties shall file a trial brief or memorandum pursuant to Local Rule 16.1(c) no later than October 14, 2024.

11. The final pretrial conference in this matter will be scheduled by the presiding judge.

12. The trial of this matter is scheduled to begin promptly at **9:00 a.m. on October 28, 2024**. The trial period extends from October 28 to November 8, 2024. To the extent that there are conflicts, the trial date may change to any date within this period. All parties, witnesses and counsel should arrange their schedules accordingly.

**Dated:** November 6, 2023        S\_____
                                   **RUTH MILLER**
                                   United States Magistrate Judge