## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | 3:21-cv-0059<br>Third-Party Plaintiffs Demand<br>Trial by Jury |
| EDWARD AND CINDY MOREA<br><br>  Claimants and Third-Party Plaintiffs<br><br>     -against-<br><br>ATLANTIC CRUISING YACHTS, LLC FOUNTAINE PAJOT, SA and CONSTANTINE BAKAS<br><br>  Third-Party Defendants | |

### NOTICE OF SERVICE THE MOREA CLAIMANTS/THIRD-PARTY PLAINTIFFS' EXPERT DISCLOSURE OF ECONOMIST DAVID KENNETT, PH.D.

**COME NOW, Claimants/Third-Party Plaintiffs, Edward and Cindy Morea,** by and through undersigned counsel, and provide "Notice of Service" on February 11, 2024, of the Morea Claimants' Expert Disclosures of ECONOMIST DAVID KENNETT, PH.D.

                                                              **RESPECTFULLY SUBMITTED**

                                                              **Tabak Mellusi & Shisha LLP**

**DATED: February 12, 2024,**         BY: ___*/s/ Jacob Shisha*___
*Admitted Pro Hac Vice*:               **Jacob Shisha, Esq**.
                                              Ralph J. Mellusi, Esq.
                                              **Tabak Mellusi & Shisha LLP**
                                              29 Broadway

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 2

        New York, NY 10006
        Tel (212) 962-1590
        Fax(212) 385-0920
        **Email: Jshisha@sealawyers.com**
        **Email: rjmellusi@sealawyers.com**

        **LAW OFFICES OF K.G. CAMERON**
        **Of Counsel Attorney for Claimants**

**DATED: February 12, 2024,**    BY:   */s/ K. Glenda Cameron*
        K. Glenda Cameron, Esq.
        VI Bar No. 683
        Physical: **2157 King Cross Street, Upper Level**
        **Mailing:  P.O. Box 223012**
        Christiansted, St. Croix
        U.S. Virgin Islands 00820
        Telephone: (340) 773-3444
        Email: kglenda@cameronlawvi.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

| | |
|---|---|
| Andrew C. Simpson, Esq.<br>**Andrew C. Simpson, P.C.**<br>2191 Church St., Ste 5<br>Christiansted, VI 00820 | Email: asimpson@coralbrief.com |

**Ravinder S. Nagi, Esq.**
V.I. Bar No. 1034
**BOLTNAGI PC**
Merchants Financial Center
4608 Tutu Park Mall, Suite 202
St. Thomas, VI 00802-1816
(340) 774-2944 Telephone
(340) 776-1639 Facsimile rnagi@vilaw.com
*Attorneys for Third-Party Defendant Fountaine Pajot, SA*

| | |
|---|---|
| **C. Jacob Gower, Esq. (R2103)**<br>**GOWER LEGAL LLC**<br>1919 Pine Street<br>New Orleans, LA 70118 | **Email:**  jacob@gowerlegal.com |

<u>In Re J&J Yacht Services, et al. Civil No. 3:21-CV-0059</u>
Notice of Service
Page | 3

**Attorney to Third-Party Defendant Dr. Constantine Bakas**

**LAW OFFICES OF DUENSING & CASNER**

Matthew J. Duensing, Esq. - VI Bar No. 64      Email: mduensing@vilawyers.com
Joseph D. Sauerwein, Esq. – VI Bar No. R2030   Email: jsauerwein@vilawyers.com
Robin P. Seila, Esq.- VI Bar No. R2043         Email: rseila@vilawyers.com
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, U.S.V.I. 00804 Tel: (340) 774-6011
Fax: (340) 776-8520

 and

**RUBIN, FIORELLA, FRIEDMAN & MERCANTE**

Michael Stern, Esq.                 Email: MStern@gvlaw.com
630 James E. Mercante, Esq.         Email: JMercante@gvlaw.com
Third Ave, 3rd Floor
New York, NY 10017
Tel.: (212) 953-2381
**Attorneys for Third-Party Defendant Atlantic Cruising Yachts, LLC ("AYC")**

                                        /s/ K. Glenda Cameron