IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

IN RE THE COMPLAINT AND PETITION )
OF COSTAR SAILING, LLC, AS OWNER, AND ) Case No. 3:21-cv-00059
J&J YACHT SERVICES, LLC, AS OWNER PRO )
HAC VICE/OPERATOR OF THE S/V CARPE )
AURA, HULL #FPA542531819 AND OFFICIAL )
NO. 1291579 )
)
EDWARD AND CINDY MOREA, )
)
    Claimants and Third-Party Plaintiffs, )
v. )
)
ATLANTIC CRUISING YACHTS, LLC, )
FOUNTAINE PAJOT, SA and CONSTANTINE )
BAKAS, )
)
    Third-Party Defendants. )
)

**MEDIATION REPORT**

Pursuant to the Court Order for Mediation, a zoom mediation conference was held on 11th day of March 2024.

The following were present:

✓ 1. All Plaintiffs.

✓ 2. Plaintiff's trial counsel.

✓ 3. If Plaintiff is not an individual, the representative who appeared had total authority.

✓ 4. All Defendants.

✓ 5. Defendant's trial counsel.

✓ 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

✓     The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

Mediation Report
Page two
In re the Complaint and Petition of Costar Sailing, LLC, as owner, and J&J Yacht Services, LLC, as owner pro hac vice/operator, of the S/V Carpe Aura Hull #FPA542531819 and Official No. 129, Edward and Cindy Morea, Atlantic Cruising Yachts, LLC, Fountaine Pajot, SA and Constantine Bakas
Case No. 3:21-cv-00059

_____   The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

_____   The parties have reached a total impasse, all issues require Court action.

_____   The matter has been recessed for further mediation.

✓    Other: *

DATE: __MARCH 12, 2024__
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI 00802
340-777-8109
davidnicholsvi@gmail.com

Distribution:
Andrew C. Simpson, Esq.
Glenda Cameron, Esq.
Jacob Shisha, Esq.
Jacob Gower, Esq.
Matthew Duensing, Esq.
Michael Stern, Esq.
James Mercante, Esq.
Adam Marinelli, Esq.
Ravinder Nagi, Esq.
Justin Shireman, Esq.

\* The Mediated Settlement Agreement is subject to a contingency which should be satisfied within the next 30 days.