IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA54253I819 AND OFFICIAL NO. 1291579 | CIV. NO. 3:21-CV-0059<br><br>ACTION IN ADMIRALTY FOR LIMITATION OF LIABILITY PURSUANT TO RULE 9(H) |

**ENTRY OF DEFAULT**

This matter is before the Court by Motion of Costar Sailing, LLC and J&J Yacht Services, LLC ("Petitioners"), for the Entry of Default against all persons, other than Edward Morea and Cindy Morea, with a claim against Costar Sailing, LLC and/or J&J Yacht Services, LLC arising out of the explosion on April 16, 2021 on board the S/V CARPE AURA as more fully described in the Complaint and Petition for Exoneration from and/or Limitation of Liability filed in this matter (Doc. No. 1).

It appears from the record of the Court that Petitioners published the Notice required by this Court (*see* Doc. No. 4 (Order) and compare to Doc. No. 34 (Proof of Publication)) and that no one other than Edward Morea and Cindy Morea filed answers with the Court. Counsel for Petitioners has affirmed that no one other than Edward Morea and Cindy Morea served answers upon him. Upon consideration of Petitioners' Request for Entry of Judgment it is hereby

**ORDERED** that **DEFAULT IS ENTERED** against all persons, other than Edward Morea and Cindy Morea, with a claim against Costar Sailing, LLC and/or J&J Yacht

1

Services, LLC arising out of the explosion on April 16, 2021 on board the S/V CARPE AURA as more fully described in the Complaint and Petition for Exoneration from and/or Limitation of Liability filed in this matter (Doc. No. 1).

Dated: April __, 2024                                    _____
                                                         **Glenda Lake, Esq.**
                                                         Clerk of Court