### IN THE UNITED STATES DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| IN RE THE COMPLAINT AND PETITION OF COSTAR SAILING, LLC, AS OWNER, AND J&J YACHT SERVICES, LLC, AS OWNER PRO HAC VICE/OPERATOR, OF THE S/V CARPE AURA, HULL #: FPA542531819 AND OFFICIAL NO. 1291579, | CASE NO. 3:21-cv-0059 |
| Petitioners, v. | |
| EDWARD AND CINDY MOREA | |
| Claimants and Third-Party Plaintiffs, v. | |
| ATLANTIC CRUISING YACHTS, LLC, FOUNTAINE PAJOT, SA, AND CONSTANTINE BAKAS, | |
| Third-Party Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ENTIRE COMPLAINT**

The Parties in the above-captioned matter hereby stipulate and agree that the above-captioned matter, including all claims, cross-claims, counter-claims, and third-party claims, be dismissed in its entirety with prejudice and with waiver of all rights of appeal. Each party shall bear his/her/its own attorney's fees and costs.

Dated: October 1, 2024                                            Respectfully Submitted by,

*/s/ K. Glenda Cameron*_____                         */s/ Adam N. Marinelli*_____
K. Glenda Cameron, Esq.                                       Adam N. Marinelli, Esq.
V.I. Bar No. 683                                                       V.I. Bar No. 1294
2006 Eastern Suburb, Suite 101                             BOLTNAGI PC
Christiansted, VI 00820                                          Merchants Financial Center
(340) 773-3444 Telephone                                      4608 Tutu Park Mall, Suite 202
(800) 869-0181 Facsimile                                        St. Thomas, VI 00802-1816
kglenda@cameronlawvi.com                                 (340) 774-2944 Telephone
                                                                                  (340) 776-1639 Facsimile
                                                                                  amarinelli@vilaw.com

282592605v.1

*/s/ Jacob Shisha*_____
Jacob Shisha, Esq.
Tabak Mellusi & Shisha LLP
29 Broadway
New York, New York
T: (212) 962-1590
F: (212) 385-0920
jshisha@sealwyers.com

*Attorneys for Claimants and Third-Party Plaintiffs*
*Edward and Cindy Morea*

*/s/ Andrew Simpson*_____
Andrew C. Simpson, Esq.
V.I. Bar No. 451
2191 Church St., Ste. 5
Christiansted, VI 00820
(340) 719-3900 Telephone
asimpson@coralbrief.com

*Attorney for Petitioners*

*/s/ Matthew J. Duensing*
Matthew J. Duensing, Esq.
Law Office of Duensing & Casner
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone
mduensing@vilawyers.com

*/s/ Michael E. Stern*_____
Michael E. Stern, Esq.
Rubin, Fiorella, Friedman, & Mercante
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381
mstern@rubinfiorella.com

*Attorneys for Third Party Defendant*
*Atlantic Cruising Yachts, LLC*

*/s/ Justin J. Shireman*_____
Justin J. Shireman, *pro hac vice*
justin.shireman@wilsonelser.com
Wilson Elser Moskowitz
Edelman & Dicker LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
T: (617) 422-5307
F: (617) 423-6917

*Attorneys for Third Party Defendant*
*Fountaine Pajot, SA*

*/s/ C. Jacob Gower*_____
C. Jacob Gower, Esq.
V.I. Bar No. 2103
Gower Legal LLC
1919 Pine Street
New Orleans, LA 70118
Jacob@gowerlegal.com

*Attorney for Third-Party Defendant*
*Constantine Bakas*

2

282592605v.1

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that a true and exact copy of the foregoing was served on this 1st day of October 2024 through Notice of Electronic Filing ("NEF") for the following parties and counsel:

Tabak, Mellusi, & Shisha LLP
Jacob Shisha, Esq.
Ralph. J. Mellusi, Esq.
29 Broadway
New York, NY 10006
(212) 962-1590 Telephone
(212) 385-0920 Facsimile

K. Glenda Cameron, Esq.
Christiansted, St. Croix
U.S. Virgin Islands 00820
(340) 773-3444 Telephone

Andrew C. Simpson, Esq.
Andrew C. Simpson, PC
2191 Church St., Ste. 5
Christiansted, VI  00820

C. Jacob Gower, Esq.
GOWER LEGAL LLC
1919 Pine Street
New Orleans, LC  70118

Law Office of Duensing & Casner
Matthew J. Duensing, Esq.
Joseph D. Sauerwein, Esq.
Robin P. Seila, Esq.
9800 Buccaneer Mall, Bldg. 2, Suite 9
P.O. Box 6785
St. Thomas, VI 00804
(340) 774-6011 Telephone

Rubin, Fiorella, Friedman, & Mercante
James E. Mercante, Esq.
Michael Stern, Esq.
630 Third Avenue, 3rd Floor
New York, NY 10017
(212) 953-2381

                                              By:   */s/ Justin J. Shireman*
                                                     Justin J. Shireman, *pro hac vice*

282592605v.1